### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00013-CNS-NRN

JERED MORGAN,

     Plaintiff,

v.

TOWN OF KERSEY, COLORADO,
KAYLEE DAMRELL, in her official and individual capacities,

     Defendants.

---

### UNOPPOSED MOTION TO DISMISS PARTY

---

Plaintiff, by and through counsel, hereby files this unopposed motion, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's claims against Defendant Kaylee Damrell with prejudice with the parties to bear their own attorneys' fees and costs given that a settlement has been reached in this matter.

Dated this 25th day of March 2026.

NEWMAN | MCNULTY

*s/ Andy McNulty*
Andy McNulty
Mari Newman
MadelineLeibin
1490 N. Lafayette Street Suite 304
Denver, CO 80218
(720) 850-5770
andy@newman-mcnulty.com
mari@newman-mcnlty.com
madeline@newman-mcnulty.com
ATTORNEYS FOR PLAINTIFF

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 25, 2026, I electronically served, via the ECF filing system, the foregoing to all counsel of record.

NEWMAN | MCNULTY

<u>*s/ Andy McNulty*</u>
Andy McNulty