# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00013-CNS-NRN

JERED MORGAN,

 Plaintiff,

v.

TOWN OF KERSEY, COLORADO,

 Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

 Plaintiff and Defendant, by and through their counsel of record, respectfully submit the following Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

 1. Plaintiff and Defendant have agreed that Plaintiff will dismiss his claims in this matter with prejudice in conjunction with the settlement of his claims and the parties have agreed that each party will pay their own attorneys' fees and costs.

 2. The parties respectfully request that this Court enter an order dismissing Plaintiff's claims with prejudice and that each party is to bear their own attorneys' fees and costs.

 Respectfully submitted this 25th day of March 2026.

    NEWMAN | MCNULTY

    *s/ Andy McNulty*
    Andy McNulty
    Mari Newman
    Madeline Leibin
    1490 N. Lafayette Street, Suite 304
    Denver, CO 80218

1

andy@*newman*-mcnulty.com
mari@newman-mcnulty.com
madeline@newman-mcnulty.com
*Attorneys for Plaintiff*


NATHAN DUMM & MAYER P.C

*s/ Nicholas C. Poppe*
Nicholas C. Poppe
7900 E. Union Avenue, Suite 600
Denver, CO 80237
(303) 691-3737
NPoppe@ndm-law.com
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

NEWMAN | McNULTY, LLC

*s/ Andy McNulty*
Andy McNulty